THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
 Room 7211, Federal Building
 300 North Los Angeles Street
 Los Angeles, CA  90012
 Telephone:  (213) 894-6165
 Facsimile:  (213) 894-0115
Attorneys for Defendant, the United
States of America

E-FILED 07/28/09
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Cary Yee, et al.,<br><br>          Defendants. | Case No. CV 08-07602 PSG (SHx)<br><br>[~~Proposed~~] Judgment and Order of Sale<br><br>Hearing before Judge Philip S. Gutierrez<br><br>Date: July 27, 2009<br>Time: 1:30 p.m.<br>Address:<br><br>     Roybal Federal Building and<br>     United States Courthouse<br>     Courtroom 790<br>     255 E. Temple Street,<br>     Los Angeles, California, 90012 |

The Motion for Summary Judgment filed by the United States of America
(Plaintiff), came on for hearing before the Court on July 20, 2009.  Based on the
papers filed in this case, the arguments advanced at the hearing, and all other
matters properly made part of the record,

1

**IT IS ORDERED:**

1.    The United States of America has a valid federal tax lien, in the amount of the unpaid tax liability, against the real property of Cary Yee and Nancy Yee located in Riverside, California, which they own as joint tenants, ("the subject property"), and is legally described as:

> LOT 1 OF TRACT NO. 4804-1, EXCEPT THE SOUTH 5.00 FEET, PER MAP
> RECORDED IN BOOK 78, PAGE 71 OF MAPS, IN THE OFFICE OF THE COUNTY
> RECORDER OF RIVERSIDE COUNTY, STATE OF CALIFORNIA.

[Assessor Parcel No. 245-152-012-0]

2.    Cary and Nancy Yee are liable for the balances due *in rem* with respect to the subject property, for their 1991, 1993, and 1994 income tax years.

3.    As of May 30, 2008, the balance due from Cary and Nancy Yee for the 1991, 1993, and 1994 income tax years were $213,786.46, $66,951.98, and $86,153.51 respectively, for a total of $366,891.95.

4.    The balance due includes both assessed and accrued liabilities (taxes, additions to tax, interest, fees and collection costs).

5.    The balance due to the United States for additions to tax and interest, as permitted by law, continues to accrue after May 30, 2008.

6.    The federal tax lien is hereby foreclosed against Cary Yee's and Nancy Yee's interest in the subject property.

7.    The subject property is ordered to be sold by the Area Director of the Internal Revenue Service, Los Angeles, California Area (Area Director), or his delegate, in accordance with the provisions of 28 U.S.C. § § 2001 and 2002.

8.    The Area Director, or his delegate, is ordered to sell the subject property in accordance with 28 U.S.C. § § 2001(a) and 2002. The property shall be sold at a public sale to be held at the Los Angeles County Courthouse, 111 North Hill Street, Los Angeles, California, as follows:

a.  Notice of the sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper regularly issued and of general circulation in Los Angeles County, California.  Said notice shall describe the property by both its street address and its legal description, and shall contain the terms and conditions of sale as set out herein.

b.  The terms and conditions of sale shall be as follows:

   i.  The Internal Revenue Service shall appraise the current fair market value of the subject property (appraised value).

   ii.  The minimum bid shall be 75% of the appraised value.

   iii.  The United States of America may bid a credit against its judgment and interest thereon, costs, and expenses, without tender of cash.

   iv.  The terms of sale as to all other persons or parties bidding shall be cash.  The successful bidder shall be required to deposit with the Area Director cash equal to twenty percent (20%) of the bidder's total bid immediately upon the property being struck off and awarded to such bidder as the highest and best bidder; and the remaining eighty percent (80%) of said purchase price is to be paid on or before 5:00 p.m., within three (3) days of the date of sale.

   v.  Should the successful bidder fail to comply with the terms of the sale, such bidder shall be liable to the United States for twenty percent (20%) of the value of the property as a penalty, and said deposit shall be paid over and delivered to the United States to be applied toward payment of said penalty.  Payment of said penalty shall not be a credit on the judgment of the United States.

3

c.  Upon selling the subject real property, the Area Director, or his delegate, shall prepare and file with this Court an accounting and report of sale and shall give to the purchaser a Certificate of Sale containing the description of the property sold and the price paid. The accounting and report of sale shall be filed within ten (10) days from the date of sale.  If no objections have been filed in writing in this cause with the Clerk of the Court, within fifteen (15) days of the date of sale, the sale shall be confirmed without necessity of motion, and the Area Director shall be directed by the Clerk of the Court to execute and deliver his deed to said purchaser.

d.  Possession of the property sold shall be yielded to the purchaser upon the production of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property sold to the purchaser.

e.  The Area Director shall apply the proceeds of sale to expenses of sale and then in the following order of priorities:

  i.  First, in satisfaction of any unpaid property taxes owing to the County of Los Angeles as secured against the subject real property on the date of sale;

  ii.  Second, to Washington Mutual;

  iii.  Third, the United States of America;

  iv.  Fourth, if any surplus remains after making the aforesaid payments, the Area Director, or his delegate, shall so report, and return and pay the same into the registry of this Court for distribution under further order of this Court.

4

9.     Court hereby retains jurisdiction of this action for the purpose of making proper distribution of any surplus of the proceeds of sale, pursuant to the Area Director's Accounting and Report of Sale.

**IT IS SO ORDERED.**

DATED: ____7/27/09____

_____
HON. PHILIP S. GUTIERREZ
United States District Judge

Respectfully presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

*//s// Daniel Layton*
DANIEL LAYTON
Assistant United States Attorney
Attorneys for United States of America

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.  On **June 26,  2009**, I served

Proposed Judgment and Order of Sale

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid as shown in the Service list.  SEE ATTACHED.

Date of mailing: **June 26,  2009.**

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 26, 2009,** Los Angeles, California.

**MARIA-LUISA Q. BULLARD**

USA V. YEE
CV 08-7602 PSG

SERVICE LIST:


Sasan Mirkarimi, Esq.
McCarthy & Holthus, LLP
1770 4th Avenue
San Diego, CA 92101

Melvin Yee, Esq.
16242 Via Rancho
Riverside, CA 92506