THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-6165
  Facsimile:  (213) 894-0115
Attorneys for Plaintiff, the United
States of America

E-FILED 08/05/09

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) Case No. CV 08-07602 PSG (SHx) |
|---|---|
|     Plaintiff, | ) [~~Proposed~~] **Amended** Judgment and Order of Sale |
|     vs. | ) |
| Cary Yee, et al., | ) |
|     Defendants. | ) |
| | ) <u>Judge Philip S. Gutierrez</u> |

On June 25, 2009, the United States of America (Plaintiff) moved for summary judgment.  Based on the papers filed in this case and all other matters properly made part of the record,

**IT IS ORDERED:**

1. The United States of America has a valid federal tax lien, in the amount of the unpaid tax liability, against the real property of Cary Yee and Nancy Yee located in Riverside, California, which they own as joint tenants, ("the subject property"), and is legally described as:

> LOT 1 OF TRACT NO. 4804-1, EXCEPT THE SOUTH 5.00 FEET, PER MAP RECORDED IN BOOK 78, PAGE 71 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, STATE OF CALIFORNIA.
> [Assessor Parcel No. 245-152-012-0]

2. Cary and Nancy Yee are liable for the balances due *in rem* with respect to the subject property, for their 1991, 1993, and 1994 income tax years.

3. As of May 30, 2008, the balance due from Cary and Nancy Yee for the 1991, 1993, and 1994 income tax years were $213,786.46, $66,951.98, and $86,153.51 respectively, for a total of $366,891.95.

4. The balance due includes both assessed and accrued liabilities (taxes, additions to tax, interest, fees and collection costs).

5. The balance due to the United States for additions to tax and interest, as permitted by law, continues to accrue after May 30, 2008.

6. The federal tax lien is hereby foreclosed against Cary Yee's and Nancy Yee's interest in the subject property.

7. The subject property is ordered to be sold by the Area Director of the Internal Revenue Service, Los Angeles, California Area

(Area Director), or his delegate, in accordance with the provisions of 28 U.S.C. §§ 2001 and 2002.

8. The Area Director, or his delegate, is ordered to sell the subject property in accordance with 28 U.S.C. §§ 2001(a) and 2002. The property shall be sold at a public sale to be held at the Riverside County Historic Courthouse, 4050 Main Street, Riverside, California, as follows:

    a. Notice of the sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper regularly issued and of general circulation in Riverside County, California. Said notice shall describe the property by both its street address and its legal description, and shall contain the terms and conditions of sale as set out herein.

    b. The terms and conditions of sale shall be as follows:

        i. The Internal Revenue Service shall appraise the current fair market value of the subject property (appraised value).

        ii. The minimum bid shall be 75% of the appraised value.

        iii. The United States of America may bid a credit against its judgment and interest thereon, costs, and expenses, without tender of cash.

        iv. The terms of sale as to all other persons or parties bidding shall be cash. The successful bidder shall be required to deposit with the Area Director cash equal to twenty percent (20%) of the bidder's total bid immediately upon the property being struck off

and awarded to such bidder as the highest and best bidder; and the remaining eighty percent (80%) of said purchase price is to be paid on or before 5:00 p.m., within three (3) days of the date of sale.

    v. Should the successful bidder fail to comply with the terms of the sale, such bidder shall be liable to the United States for twenty percent (20%) of the value of the property as a penalty, and said deposit shall be paid over and delivered to the United States to be applied toward payment of said penalty. Payment of said penalty shall not be a credit on the judgment of the United States.

c. Upon selling the subject real property, the Area Director, or his delegate, shall prepare and file with this Court an accounting and report of sale and shall give to the purchaser a Certificate of Sale containing the description of the property sold and the price paid. The accounting and report of sale shall be filed within ten (10) days from the date of sale. If no objections have been filed in writing in this cause with the Clerk of the Court, within fifteen (15) days of the date of sale, the sale shall be confirmed without necessity of motion, and the Area Director shall be directed by the Clerk of the Court to execute and deliver his deed to said purchaser.

d. Possession of the property sold shall be yielded to the purchaser upon the production of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the

        Clerk of this Court to compel delivery of the property sold to the purchaser.

    e. The Area Director shall apply the proceeds of sale to expenses of sale and then in the following order of priorities:

        i. First, in satisfaction of any unpaid property taxes owing to the County of Riverside as secured against the subject real property on the date of sale;

        ii. Second, to Washington Mutual;

        iii. Third, the United States of America;

        iv. Fourth, if any surplus remains after making the aforesaid payments, the Area Director, or his delegate, shall so report, and return and pay the same into the registry of this Court for distribution under further order of this Court.

9. Court hereby retains jurisdiction of this action for the purpose of making proper distribution of any surplus of the proceeds of sale, pursuant to the Area Director's Accounting and Report of Sale.

**IT IS SO ORDERED.**

DATED: ___August 05, 2009

*PHILIP S. GUTIERREZ*
HON. PHILIP S. GUTIERREZ
United States District Judge

Respectfully presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN

5

1 Assistant United States Attorney
2 Chief, Tax Division

3 *//s// Daniel Layton*
4 DANIEL LAYTON
5 Assistant United States Attorney
6 Attorneys for United States of America